LAW OFFICES OF

# *Mattone, Mattone, Mattone, LLP*

134-01 20TH AVENUE
COLLEGE POINT, NEW YORK 11356
(718) 353-8880
FAX (718) 353-0161

IRENE M. MATTONE
JOSEPH M. MATTONE, JR.
TERESA A. MATTONE

3033 EXPRESS DRIVE NORTH
ISLANDIA, NEW YORK 11749
(631) 864-4460

July 25, 2018

**VIA ECF**

Hon. Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Sanchez Solis v. Habana to Go Brooklyn LLC et al;</u>
            Case No. 17-cv-07409-DLI-RLM

Your Honor,

    This firm represents the Defendants in the above-referenced matter. Defendants write separately from Plaintiffs to request that the Court approve the settlement agreement ("the Agreement") reached by the parties herein as "fair and reasonable." *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). The Agreement is attached to Plaintiffs' Fairness Letter as Exhibit A.

    Defendants provided Plaintiffs and their attorneys with several years' worth of relevant documents and information, including timesheets. These documents and information were carefully and critically reviewed by all parties. From this review, Defendants sharply contested critical elements of Plaintiffs' factual and legal allegations in this case, including the allegations of the numbers of hours worked in Plaintiffs' Amended Petition, the basis for several of their claims, and their damage calculation. Plaintiffs and Defendants also took the time to carefully consider and work through the respective strengths and weaknesses in each other's case and the terms of the settlement agreement itself. Within this context, it is clear that the settlement terms are well considered, fairly compensate Plaintiffs for their alleged claims, and should be approved by this Court.

    Defendants thank the Court for its attention to this matter.

Sincerely,
Mattone, Mattone, Mattone, LLP

By: _____
Joseph M. Mattone, Jr., Esq.
*Attorneys for Defendants*